UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Fuell Inc,

Debtor(s).

Case No. 24-25492-KMP
(Chapter 7)

TRUSTEE'S REPORT OF AUCTION

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the auction which ended on August 14, 2025, following the Trustee's Motion for Authority to Sell Property of the Estate Pursuant to 11 U.S.C. § 363(b) and § 363(f), which was granted on August 5, 2025.

1. The items listed for auction were broken into 181 separate lots and resulted in gross proceeds in the amount of $169,360.00. (See Exhibit A).

2. The Heritage Global Partners ("HGP") expenses were reimbursed in the amount of $38,165.00 plus the cost of clean-up in the amount of $2,225.00. (See Exhibit B).

3. The proceeds tendered to the Estate from HGP was $128,970.00.

Dated this 29th day of September, 2025 in Milwaukee, Wisconsin.

/s/ Titania D. Whitten
Titania D. Whitten, State Bar #1027976
Chapter 7 Trustee

Titania D. Whitten, Trustee
10425 W. North Avenue
Suite 350
Wauwatosa, WI 53226
(414) 431-0007 Telephone
(414) 431-0038 Facsimile
trustee@whittenlawoffices.com



HGP
HERITAGE GLOBAL PARTNERS

# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 1 | 2382518 | Lot to include any and all associated or available ownership rights to the website domain www.FUELL.com. This lot is being sold subject to seller confirmation. A mandatory, minimum transfer fee of $50 shall apply. Buyer may be responsible for any additio | $ 18,000.00 | 5219 |
| 3 | 2382520 | Trademark: Lot to include any and all associated or available ownership rights to the "FUELL" Trademark. US Serial Number: 88248920. US Registration Number: 6760710. This lot is being sold subject to seller confirmation. A mandatory, minimum transfer fee | $ 15,500.00 | 5219 |
| 4 | 2382521 | Trademark: Lot to include any and all associated or available ownership rights to the "FUELL" Trademark. US Serial Number: 88248886. US Registration Number: 7202214. This lot is being sold subject to seller confirmation. A mandatory, minimum transfer fee | $ 5,000.00 | 5012 |
| 5 | 2382522 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US D896,707 S. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-D89670 | $ 500.00 | 5012 |
| 6 | 2382523 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US D895,177 S. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-D89517 | $ 550.00 | 5012 |
| 7 | 2382524 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US D894,054 S. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-D89405 | $ 1,050.00 | 5012 |
| 8 | 2382525 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US D894,053 S. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-D89405 | $ 600.00 | 5012 |
| 9 | 2382526 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US D894,052 S. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-D89405 | $ 600.00 | 5012 |
| 10 | 2382527 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US D894,051 S. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-D89405 | $ 650.00 | 5012 |
| 11 | 2382528 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US D893,358 S. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-D89335 | $ 750.00 | 5012 |

*Auction Settlement Report - Fuell_FINAL.xlsx*
*Sales Recap*

Page 1

9/15/2025 3:59 PM

Exhibit A

Case 24-25492-kmp    Doc 170    Filed 09/29/25    Page 2 of 14



# FUELL
# Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 12 | 2382529 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US 11,753,101 B2. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-117 | $ 2,000.00 | 5012 |
| 13 | 2382530 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US 11,654,996 B2. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-116 | $ 1,150.00 | 5012 |
| 14 | 2382531 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US 11,299,229 B2. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-112 | $ 1,250.00 | 5012 |
| 100 | 2513800 | Banding Cart W/ US Solid Model USS – 1003 Electric Strapping Machine. Power Supply: 100V AC, 600W, Max Strap Width: ½", Strap Thickness Range: 0.015" – 0.035", To Include: Banding. HIT# 2513800. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 425.00 | 5090 |
| 101 | 2513801 | Coleman 50 Qt Wheeled Cooler. Max Capacity: 50 Quarts (47 Liters), Dimensions: 22" X 14.5" X 15", Weight: 12lb. HIT# 2513801. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 25.00 | 5167 |
| 102 | 2513802 | Lot of (1) Ridgid NXT Model Vf803150 Cordless Wet/Dry Shop Vacuum, W/ (1) Mop/Bucket. Power Supply: 18V Lithium – Ion Battery, Dimensions: 15" X 12" X 15", Weight: 9 lb. , Tank Capacity: 3 Gallons. HIT# 2513802. Asset Located at 1012 Main Street, Mukwona | $ 30.00 | 5157 |
| 103 | 2513803 | Dolly. HIT# 2513803. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5.00 | 5111 |
| 104 | 2513804 | Husky Model 3332013 Silent Air Compressor. Power Supply: 120V AC, 10.5 A, 1.1 HP, Tank Capacity: 4.5 Gallons, Max Pressure: 125 Psi, 3.1 Cfm @ 40 Psi, Dimensions: 20" X 13" X 17", Weight: 52lb. SN# 1482022. HIT# 2513804. Asset Located at 1012 Main Street | $ 200.00 | 5226 |
| 105 | 2513805 | Porter Cable Model C2002 6 Gal. Maintenance - Free Air Compressor, W/ Klinch – Pak KP – CPN Pneumatic Carton "C" Stapler. Power Supply: 120V AC, 10 A, 0.8 HP, Tank Capacity: 6 Gal. Max Pressure: 150 Psi, 2.6 Cfm @ 40 Psi, Staple Type: "C", Staple Sizes: | $ 60.00 | 5045 |
| 106 | 2513806 | Products Engineering Corporation Model PEC – IN2020 Industrial Floor Scale. Max Capacity: 5000 lb., Class: III / III L. HIT# 2513806. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 110.00 | 5045 |
| 107 | 2513807 | Lot of Assorted Floor Mats. HIT# 2513807. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 20.00 | 5157 |
| 108 | 2513808 | Crown Model PTH50 Pallet Jack, Max Capacity: 5000 lb. SN# 7 – 1499279. HIT# 2513808. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 90.00 | 5114 |
| 109 | 2513809 | Husky 9 Drawer Wood Top Rolling Tool Cart. Includes contents. HIT# 2513809. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 350.00 | 5090 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 110 | 2513810 | Lot of (6) Assorted Milwaukee Drill / Drivers, W/ Power Docking Stations. To Include: (2) Model 2801 – 20 ½" Drill / Driver, (1) Model 2554 – 20 3/8" Impact Wrench, (3) Model 2401 – 20 Screwdrivers, To Include: Cases. SN# J86AH231001791/ J61AH212401165 / | $ 650.00 | 5162 |
| 111 | 2513811 | Ryobi One Plus Model R18PF 18V File Sander. Power Supply: 18 V DC, Stroke Length: ¼", No – Load Speed: 7,000 – 12,000 SPM, Sanding Pad Size: 1 – 5/8" X 4 – ¾", Dimensions: 12" X 4" X 4", Weight: 3 lb., To Include: Power Docking Station, Assorted Drill B | $ 40.00 | 5045 |
| 112 | 2513812 | Yihua Model 862BD+ Soldering Station. Power Supply: Ac 110V/220V, 420W, 60 Hz. Includes Accessories. HIT# 2513812. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 200.00 | 5090 |
| 113 | 2513813 | Lot of (3) Assorted Digital Line Testers. To Include: (1) KKNOON Model K618 Cable Tester, (1) Astro Ai Model Cm4Kor AC/DC Clamp Meter, (1) Commercial Electric Analog Multimeter Model M1015B. HIT# 2513813. Asset Located at 1012 Main Street, Mukwonago, WI | $ 90.00 | 5090 |
| 114 | 2513814 | Dewalt Model DW303M Reciprocating Saw, w/ Seekone Mini Hot Air Gun Model HG350. Power Supply: 120V AC, Type 1, 60 Hz, 9 A, 2400 SPM, 1 1/8" Stroke. SN# 24713. HIT# 2513814. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 15.00 | 5090 |
| 115 | 2513815 | Dremel Model 3000 Rotary Tool Kit with Accessories. Power Supply: 120V AC, 130W, 1.2A, Max Speed: 32,000 Rpm, Torque: 0.35 Nm, To Include: Assorted Sanding Pads. HIT# 2513815. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 60.00 | 5090 |
| 116 | 2513816 | # 3 Arbor Press. HIT# 2513816. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 50.00 | 5090 |
| 117 | 2513817 | Schmidt MicroLase Fiber Laser Marking Machine. Power Supply: 50Kw, 20W/30W/50W, Pulse Width: 10 – 200Ns, Wavelength: 1064Nm, 100 – 240 Vac, 50/60 Hz. Includes Desktop & Accessories. SN# BK221220096C. HIT# 2513817. Asset Located at 1012 Main Street, Mukw | $ 2,800.00 | 5090 |
| 118 | 2513818 | Fumeclear Model FC – 100A Fume Extractor. Power Supply: AC 110V, 100W, Noise: < 50 Db, Overall Dimensions: 270mm X 222mm X 257mm. HIT# 2513818. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 50.00 | 5090 |
| 119 | 2513819 | Smart Weigh Model ACE200 Digital Scale. Max Capacity: 440 lb. HIT# 2513819. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 15.00 | 5045 |
| 120 | 2513820 | Lot of (2) Health O Meter Digital Scales. HIT# 2513820. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5.00 | 5045 |
| 121 | 2513821 | Lot of (4) Wheeler Engineering Model 710909 Digital Fat Wrench Sets, W/ (1) Impact Driver, Includes Bits. HIT# 2513821. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 60.00 | 5110 |
| 122 | 2513822 | Lot of (5) Assorted Torque Wrenches. To Include: (3) Quinn, (1) Tekton, (1) Masterforce. HIT# 2513822. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 225.00 | 5090 |

Case 24-25492-kmp    Doc 170    Filed 09/29/25    Page 4 of 14



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 123 | 2513823 | Lot of Assorted Hardware. To Include: Knife Bars, Drill Bit Sets, Lifter, Irwin Quick Grip, T – Handle Wrenches, etc. HIT# 2513823. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 50.00 | 5090 |
| 124 | 2513824 | DJSUNPACKING Crimper Set with Accessories. HIT# 2513824. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5.00 | 5090 |
| 125 | 2513825 | Lot of (4) Utility Carts, W/ (1) Rolling Metal Shelf Cart. HIT# 2513825. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 40.00 | 5111 |
| 126 | 2513826 | Lot of Assorted Tooling, W/ Storing Rack. To Include: Drill Bits, Screws, Nails, O-Rings, Washers, etc. HIT# 2513826. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 110.00 | 5110 |
| 127 | 2513827 | Crown Model ST 3000 - 20 Series Electric Powered Reach Truck. Load Capacity: 2,500 – 4,500 lb., Load Center: 24", Lift Height: Up To 393", Fork Length: 96", Overall Width: 35 – 48", Power Supply: 36 V Electric, Travel Speed: 7.5 Mph, Weight: 1085 lb. , T | $ 3,000.00 | 5090 |
| 128 | 2513828 | Lot of (2) Husky 50 Ft Retractable Cord Reels W/ Triple Tap. Max Length: 50 Ft. HIT# 2513828. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 60.00 | 5114 |
| 129 | 2513829 | Fuell Flluid – 3S Urban Electric Bicycle. SN# 7LGBDAC18RW000040. HIT# 2513829. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,600.00 | 5138 |
| 130 | 2513830 | Fuell Flluid – 3S Urban Electric Bicycle. HIT# 2513830. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,150.00 | 5084 |
| 131 | 2513831 | Fuell Flluid – 3S Urban Electric Bicycle. HIT# 2513831. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,500.00 | 5109 |
| 132 | 2513832 | Fuell Flluid – 2S Urban Electric Bicycle. HIT# 2513832. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,300.00 | 5084 |
| 133 | 2513833 | Fuell Flluid – 2T Urban Electric Bicycle. HIT# 2513833. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,150.00 | 5007 |
| 134 | 2513834 | Lot of (2) Fuell Flluid – 1S Urban Electric Bicycles W/ (1) Fuell Flluid and (1) Fuell Fluid-1S. HIT# 2513834. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,350.00 | 5084 |
| 135 | 2513835 | Lot of (2) Fuell Folld – 1 Fat Tire Folding Electric Bicycles. HIT# 2513835. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 850.00 | 5134 |
| 136 | 2513836 | Lot of (2) Fuell Flluid – 1E Urban Electric Bicycles. HIT# 2513836. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,150.00 | 5007 |
| 137 | 2513837 | Fuell Flluid – Fllow – 1S Electric Motorcycle. To Include: Industrial Battery Charger. HIT# 2513837. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5,500.00 | 5007 |
| 138 | 2513838 | 2023 Roemheld Hilma Stark Model 6401/172 Hydraulic Lifting Bike Repair Floor Stand, W/ Park Tool Model PRS – 4W Attachment. Weight: 96 Kg. SN# 3740078. HIT# 2513838. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,550.00 | 5110 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 139 | 2513839 | 2023 Roemheld Hilma Stark Model 6401/172 Hydraulic Lifting Bike Repair Floor Stand, W/ Park Tool Model PRS – 4W Attachment. Weight: 96 Kg. SN# 3740078. HIT# 2513839. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 800.00 | 5110 |
| 140 | 2513840 | Roces Alloy Professional Bike Repair Stand. HIT# 2513840. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 20.00 | 5233 |
| 141 | 2513841 | Sportneer Indoor Bike Trainer Stand. Frame: High – Tensile Steel, Foldable Design, Weight Capacity: 242 lb., Footprint: 24" X 16". HIT# 2513841. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 25.00 | 5090 |
| 142 | 2513842 | Park Tool Model TS – 2.3 Professional Wheel Truing Stand. Rim Diameter: 20" – 29", Axle Types: QR, Thru – Axle, Max Hub Width: 157mm, Weight: 7 lb., Footprint: 15" X 9". HIT# 2513842. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 140.00 | 5162 |
| 143 | 2513843 | Lot of Assorted Safety Equipment. To Include: Assorted Helmets. HIT# 2513843. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 475.00 | 5007 |
| 144 | 2513844 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 4G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513844. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,850.00 | 5066 |
| 145 | 2513845 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 5G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513845. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 2,200.00 | 5203 |
| 146 | 2513846 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 6G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513846. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 2,100.00 | 5125 |
| 147 | 2513847 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 7G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513847. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 2,200.00 | 5203 |
| 148 | 2513848 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 8G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513848. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 2,100.00 | 5125 |
| 149 | 2513849 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513849. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,600.00 | 5125 |
| 150 | 2513850 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513850. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,750.00 | 5012 |
| 151 | 2513851 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513851. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,850.00 | 5066 |
| 152 | 2513852 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513852. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,250.00 | 5012 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 153 | 2513853 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513853. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,850.00 | 5125 |
| 154 | 2513854 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513854. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,750.00 | 5125 |
| 155 | 2513855 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513855. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,850.00 | 5125 |
| 156 | 2513856 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513856. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,550.00 | 5125 |
| 157 | 2513857 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513857. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,550.00 | 5125 |
| 158 | 2513858 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513858. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,300.00 | 5125 |
| 159 | 2513859 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513859. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,800.00 | 5125 |
| 160 | 2513860 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513860. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,800.00 | 5125 |
| 161 | 2513861 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513861. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 800.00 | 5125 |
| 162 | 2513862 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513862. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,450.00 | 5125 |
| 163 | 2513863 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513863. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,550.00 | 5125 |
| 164 | 2513864 | Lot of Assorted Electric Bike Wheels. HIT# 2513864. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 225.00 | 5012 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 165 | 2513865 | Lot of Assorted Electric Bike Wheels. HIT# 2513865. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 425.00 | 5110 |
| 166 | 2513866 | Lot of Assorted Electric Bike Wheels. HIT# 2513866. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 500.00 | 5012 |
| 167 | 2513867 | Lot of Assorted Electric Bike Components. To Include: Rear / Front Wheel Suspension, Horn, etc. HIT# 2513867. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 275.00 | 5012 |
| 168 | 2513868 | Lot of Assorted Electric Bike Components. To Include: Rear / Front Wheel Mud Guard Sets, etc. HIT# 2513868. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 300.00 | 5012 |
| 169 | 2513869 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513869. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 2,400.00 | 5125 |
| 170 | 2513870 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513870. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,550.00 | 5125 |
| 171 | 2513871 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513871. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,300.00 | 5125 |
| 172 | 2513872 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513872. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 2,200.00 | 5125 |
| 173 | 2513873 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513873. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,750.00 | 5125 |
| 174 | 2513874 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513874. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,350.00 | 5125 |
| 175 | 2513875 | Lot of Assorted Electric Bike Hub Motors. HIT# 2513875. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,650.00 | 5125 |
| 176 | 2513876 | Lot of Assorted Fuell Electric 48V4A Electric Battery Chargers. HIT# 2513876. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,100.00 | 5125 |
| 178 | 2513878 | Lot of Assorted Electric Bike Components. To Include: Electric Bike COM Modules P10153, W/ Top Mount Brackets, Front Brake System, etc. HIT# 2513878. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 3,100.00 | 5125 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 179 | 2513879 | Lot of Assorted Electric Bike Components. To Include: HMI Module & Remote, HMI View and Mode Clamp, Kickstand, etc. HIT# 2513879. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,300.00 | 5125 |
| 180 | 2513880 | Lot of Assorted Electric Bike Components. To Include: Satori Stems, Grips, Saddles, etc. HIT# 2513880. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,050.00 | 5125 |
| 181 | 2513881 | Racks of Electric Bike Components. To Include: Saddles, F2 Adder Parts Sets, Mud Guards, Battery Harnesses, Lights, Brakes, etc. HIT# 2513881. Asset Located at 1012 Main Street, Mukwonago, WI 53149 and S & G Self Storage N9084 Country Road, ES, Unit 788. | $ 2,000.00 | 5125 |
| 182 | 2513882 | Racks of Electric Bike Components. To Include: Saddles, F2 Adder Parts Sets, Mud Guards, Battery Harnesses, Lights, Brakes, etc. HIT# 2513882. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 850.00 | 5125 |
| 183 | 2513883 | Pallets of contents in shipping container. HIT# 2513883. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 25.00 | 5019 |
| 184 | 2513884 | Lot of Assorted Ultra HD Adjustable Wood Top Work Tables. HIT# 2513884. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 375.00 | 5110 |
| 186 | 2513886 | Lot of Assorted Techorbits Adjustable Work Tables. To Include: 2 – Drawer Filing Cabinets. HIT# 2513886. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5.00 | 5157 |
| 187 | 2513887 | Lot of Assorted Dry Erase Boards. HIT# 2513887. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 25.00 | 5090 |
| 188 | 2513888 | Lot of (6) Assorted PCs. To Include: Dell, HP, Windows, W/ Work Done Hard Drive Caddy. HIT# 2513888. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 500.00 | 5007 |
| 189 | 2513889 | Lot of (3) Assorted PCs. To Include: (2) Dell Model Precision 3260, (1) Intel vPro. HIT# 2513889. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 500.00 | 5007 |
| 190 | 2513890 | Lot of (4) Assorted Dymo Label Makers. To Include: (3) Dymo LabelWriter 5XL, (1) Dymo LabelManager 280. HIT# 2513890. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 120.00 | 5110 |
| 191 | 2513891 | Lot of (4) Assorted Printers. To Include: (2) Brother, (2) HP, W/ Accessories . HIT# 2513891. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 40.00 | 5090 |
| 192 | 2513892 | Lot of (5) Assorted Samsung Model F27T350FHN Monitors. Power Supply: DC14V, 1.79 A, 25W. SN# 0AS1HCPWA04589F. HIT# 2513892. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 80.00 | 5041 |
| 193 | 2513893 | Lot of (5) Assorted Monitors. To Include: Samsung, Dell. HIT# 2513893. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 40.00 | 5189 |
| 195 | 2513895 | Lot of (4) Assorted Monitors. To Include: Samsung, Dell. HIT# 2513895. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5.00 | 5187 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 1052 | 2513958 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513958. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5138 |
| 1053 | 2513959 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513959. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5138 |
| 1054 | 2513960 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513960. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5239 |
| 1055 | 2513961 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513961. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5210 |
| 1056 | 2513962 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513962. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 500.00 | 5239 |
| 1057 | 2513963 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513963. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5218 |
| 1058 | 2513964 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513964. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5090 |
| 1059 | 2513965 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513965. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5232 |
| 1060 | 2513966 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513966. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 600.00 | 5138 |
| 1061 | 2513967 | Lot of Assorted Pedelec 2.0 ACE SPSC Fuell Bicycle Helmets. HIT# 2513967. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 250.00 | 5125 |
| 1062 | 2513968 | Lot of Assorted Basil Urban Dry Double Pannier Bag MIK. HIT# 2513968. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 1,800.00 | 5110 |
| 1063 | 2513969 | Pallet Racking of Assorted Electric Bike Components. To Include: Tires, Cables, Chains, Belts, Modules, Battery Shells, Front Wheel Sets, etc. HIT# 2513969. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 900.00 | 5125 |
| 1064 | 2513970 | Pallet Racking of Assorted Fuell Batteries. Power Supply: 48V, 10.5 A, 504Wh, Assorted Colors. HIT# 2513970. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 1,600.00 | 5125 |
| 2000 | 2513971 | Lot of Assorted Spare Metal Components. To Include: Assorted Sizes of Brackets, Bars, Clips, Sleeves, etc. HIT# 2513971. Asset Located at MtlWrx, 232 Smart Station Road, Morrison, TN 37357. | $ 1,200.00 | 5203 |
| | | Total | $ 169,360.00 | |

Case 24-25492-kmp    Doc 170    Filed 09/29/25    Page 10 of 14



# FUELL
# Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 1031 | 2513937 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513937. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |
| 1032 | 2513938 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513938. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5207 |
| 1033 | 2513939 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513939. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5011 |
| 1034 | 2513940 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513940. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 400.00 | 5011 |
| 1035 | 2513941 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513941. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 400.00 | 5011 |
| 1036 | 2513942 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513942. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 325.00 | 5138 |
| 1037 | 2513943 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513943. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |
| 1038 | 2513944 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513944. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |
| 1039 | 2513945 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513945. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |
| 1040 | 2513946 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513946. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1041 | 2513947 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513947. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5212 |
| 1042 | 2513948 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513948. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5212 |
| 1043 | 2513949 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513949. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5212 |
| 1044 | 2513950 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513950. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5212 |
| 1045 | 2513951 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513951. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5212 |
| 1046 | 2513952 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513952. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1047 | 2513953 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513953. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 400.00 | 5011 |
| 1048 | 2513954 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513954. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1049 | 2513955 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513955. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5214 |
| 1050 | 2513956 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513956. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5090 |
| 1051 | 2513957 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513957. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5210 |



## FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 1010 | 2513916 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513916. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5125 |
| 1011 | 2513917 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513917. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |
| 1012 | 2513918 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513918. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5125 |
| 1013 | 2513919 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513919. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5026 |
| 1014 | 2513920 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513920. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5007 |
| 1015 | 2513921 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513921. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |
| 1016 | 2513922 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513922. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5212 |
| 1017 | 2513923 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513923. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5203 |
| 1018 | 2513924 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513924. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5207 |
| 1019 | 2513925 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513925. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5125 |
| 1020 | 2513926 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513926. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 500.00 | 5207 |
| 1021 | 2513927 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513927. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5100 |
| 1022 | 2513928 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513928. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 500.00 | 5207 |
| 1023 | 2513929 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513929. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1024 | 2513930 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513930. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5214 |
| 1025 | 2513931 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513931. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5125 |
| 1026 | 2513932 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513932. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1027 | 2513933 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513933. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1028 | 2513934 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513934. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1029 | 2513935 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513935. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1030 | 2513936 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513936. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 196 | 2513896 | Lot of Assorted Computer Keyboards / Computer Mice / Power Supply. To Include: Assorted Keyboards, Assorted Computer Mice, APC Battery Surge Protector, APC Power Supply. HIT# 2513896. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 40.00 | 5111 |
| 197 | 2513897 | Zebra Model Zt231 Label Printer. Print Resolution: 203 DPI, Print Speed: 14 LPS, Max Print Width: 4", Media Width Range: 1.2", Max Label Length: 40". HIT# 2513897. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 225.00 | 5111 |
| 198 | 2513898 | Lot of (3) Inateck Model BCST – 73 Barcode Scanners. SN# 3H10XXL1, 3E10XXL1. HIT# 2513898. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 30.00 | 5021 |
| 199 | 2513899 | Lot to Include (1) USW Pro Max Power Network Switch and (1) UDM SE Pro. HIT# 2513899. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 500.00 | 5152 |
| 200 | 2513900 | HOLOJOY Digital Safe. HIT# 2513900. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5.00 | 5090 |
| 201 | 2513901 | Office Furnishings To Include Tables, Chairs, Cabinets, Microwave, Water Tower, etc. HIT# 2513901. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 40.00 | 5111 |
| 203 | 2513903 | Rack of Assorted Contents. To Include: Shipping Supplies, Boxes, Folding Chairs, etc. HIT# 2513903. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 50.00 | 5125 |
| 204 | 2513904 | Lot of (6) Assorted Rolling Office Chairs. HIT# 2513904. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5.00 | 5021 |
| 1000 | 2513906 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513906. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5012 |
| 1001 | 2513907 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513907. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5125 |
| 1002 | 2513908 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513908. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5125 |
| 1003 | 2513909 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513909. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5125 |
| 1004 | 2513910 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513910. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5125 |
| 1005 | 2513911 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513911. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5125 |
| 1006 | 2513912 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513912. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 500.00 | 5007 |
| 1007 | 2513913 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513913. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 500.00 | 5007 |
| 1008 | 2513914 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513914. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5125 |
| 1009 | 2513915 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513915. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |



## FUELL
## Auction Results

| | | |
|---|---|---:|
| Gross Auction Proceeds | $ | 169,360.00 |
| Less: Auction Allowance (Stipend) | | (38,165.00) |
| Less: Junk Cleanup | | (2,225.00) |
| **Net Auction Proceeds** | **$** | **128,970.00** |

Exhibit B