

# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 1 | 2382518 | Lot to include any and all associated or available ownership rights to the website domain www.FUELL.com. This lot is being sold subject to seller confirmation. A mandatory, minimum transfer fee of $50 shall apply. Buyer may be responsible for any additio | $ 18,000.00 | 5219 |
| 3 | 2382520 | Trademark: Lot to include any and all associated or available ownership rights to the "FUELL" Trademark. US Serial Number: 88248920. US Registration Number: 6760710. This lot is being sold subject to seller confirmation. A mandatory, minimum transfer fee | $ 15,500.00 | 5219 |
| 4 | 2382521 | Trademark: Lot to include any and all associated or available ownership rights to the "FUELL" Trademark. US Serial Number: 88248886. US Registration Number: 7202214. This lot is being sold subject to seller confirmation. A mandatory, minimum transfer fee | $ 5,000.00 | 5012 |
| 5 | 2382522 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US D896,707 S. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-D89670 | $ 500.00 | 5012 |
| 6 | 2382523 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US D895,177 S. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-D89517 | $ 550.00 | 5012 |
| 7 | 2382524 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US D894,054 S. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-D89405 | $ 1,050.00 | 5012 |
| 8 | 2382525 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US D894,053 S. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-D89405 | $ 600.00 | 5012 |
| 9 | 2382526 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US D894,052 S. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-D89405 | $ 600.00 | 5012 |
| 10 | 2382527 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US D894,051 S. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-D89405 | $ 650.00 | 5012 |
| 11 | 2382528 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US D893,358 S. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-D89335 | $ 750.00 | 5012 |

*Auction Settlement Report - Fuell_FINAL.xlsx*
*Sales Recap*

Page 1

9/15/2025 3:59 PM

Exhibit A

Case 24-25492-kmp    Doc 170-1    Filed 09/29/25    Page 1 of 12



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 12 | 2382529 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US 11,753,101 B2. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-117 | $ 2,000.00 | 5012 |
| 13 | 2382530 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US 11,654,996 B2. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-116 | $ 1,150.00 | 5012 |
| 14 | 2382531 | Patent: Lot to include any and all associated or available ownership rights to US Patent# US 11,299,229 B2. Interested Parties should copy and paste this link for additional details: https://www.hgpauction.com/wp-content/uploads/2025/07/Patent-No.-US-112 | $ 1,250.00 | 5012 |
| 100 | 2513800 | Banding Cart W/ US Solid Model USS – 1003 Electric Strapping Machine. Power Supply: 100V AC, 600W, Max Strap Width: ½", Strap Thickness Range: 0.015" – 0.035", To Include: Banding. HIT# 2513800. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 425.00 | 5090 |
| 101 | 2513801 | Coleman 50 Qt Wheeled Cooler. Max Capacity: 50 Quarts (47 Liters), Dimensions: 22" X 14.5" X 15", Weight: 12lb. HIT# 2513801. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 25.00 | 5167 |
| 102 | 2513802 | Lot of (1) Ridgid NXT Model Vf803150 Cordless Wet/Dry Shop Vacuum, W/ (1) Mop/Bucket. Power Supply: 18V Lithium – Ion Battery, Dimensions: 15" X 12" X 15", Weight: 9 lb. , Tank Capacity: 3 Gallons. HIT# 2513802. Asset Located at 1012 Main Street, Mukwona | $ 30.00 | 5157 |
| 103 | 2513803 | Dolly. HIT# 2513803. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5.00 | 5111 |
| 104 | 2513804 | Husky Model 3332013 Silent Air Compressor. Power Supply: 120V AC, 10.5 A, 1.1 HP, Tank Capacity: 4.5 Gallons, Max Pressure: 125 Psi, 3.1 Cfm @ 40 Psi, Dimensions: 20" X 13" X 17", Weight: 52lb. SN# 1482022. HIT# 2513804. Asset Located at 1012 Main Street | $ 200.00 | 5226 |
| 105 | 2513805 | Porter Cable Model C2002 6 Gal. Maintenance - Free Air Compressor, W/ Klinch – Pak KP – CPN Pneumatic Carton "C" Stapler. Power Supply: 120V AC, 10 A, 0.8 HP, Tank Capacity: 6 Gal. Max Pressure: 150 Psi, 2.6 Cfm @ 40 Psi, Staple Type: "C", Staple Sizes: | $ 60.00 | 5045 |
| 106 | 2513806 | Products Engineering Corporation Model PEC – IN2020 Industrial Floor Scale. Max Capacity: 5000 lb., Class: III / III L. HIT# 2513806. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 110.00 | 5045 |
| 107 | 2513807 | Lot of Assorted Floor Mats. HIT# 2513807. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 20.00 | 5157 |
| 108 | 2513808 | Crown Model PTH50 Pallet Jack, Max Capacity: 5000 lb. SN# 7 – 1499279. HIT# 2513808. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 90.00 | 5114 |
| 109 | 2513809 | Husky 9 Drawer Wood Top Rolling Tool Cart. Includes contents. HIT# 2513809. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 350.00 | 5090 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 110 | 2513810 | Lot of (6) Assorted Milwaukee Drill / Drivers, W/ Power Docking Stations. To Include: (2) Model 2801 – 20 ½" Drill / Driver, (1) Model 2554 – 20 3/8" Impact Wrench, (3) Model 2401 – 20 Screwdrivers, To Include: Cases. SN# J86AH231001791/ J61AH212401165 / | $ 650.00 | 5162 |
| 111 | 2513811 | Ryobi One Plus Model R18PF 18V File Sander. Power Supply: 18 V DC, Stroke Length: ¼", No – Load Speed: 7,000 – 12,000 SPM, Sanding Pad Size: 1 – 5/8" X 4 – ¾", Dimensions: 12" X 4" X 4", Weight: 3 lb. , To Include: Power Docking Station, Assorted Drill B | $ 40.00 | 5045 |
| 112 | 2513812 | Yihua Model 862BD+ Soldering Station. Power Supply: Ac 110V/220V, 420W, 60 Hz. Includes Accessories. HIT# 2513812. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 200.00 | 5090 |
| 113 | 2513813 | Lot of (3) Assorted Digital Line Testers. To Include: (1) KKNOON Model K618 Cable Tester, (1) Astro Ai Model Cm4Kor AC/DC Clamp Meter, (1) Commercial Electric Analog Multimeter Model M1015B. HIT# 2513813. Asset Located at 1012 Main Street, Mukwonago, WI | $ 90.00 | 5090 |
| 114 | 2513814 | Dewalt Model DW303M Reciprocating Saw, w/ Seekone Mini Hot Air Gun Model HG350. Power Supply: 120V AC, Type 1, 60 Hz, 9 A, 2400 SPM, 1 1/8" Stroke. SN# 24713. HIT# 2513814. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 15.00 | 5090 |
| 115 | 2513815 | Dremel Model 3000 Rotary Tool Kit with Accessories. Power Supply: 120V AC, 130W, 1.2A, Max Speed: 32,000 Rpm, Torque: 0.35 Nm, To Include: Assorted Sanding Pads. HIT# 2513815. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 60.00 | 5090 |
| 116 | 2513816 | # 3 Arbor Press. HIT# 2513816. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 50.00 | 5090 |
| 117 | 2513817 | Schmidt MicroLase Fiber Laser Marking Machine. Power Supply: 50Kw , 20W/30W/50W, Pulse Width: 10 – 200Ns, Wavelength: 1064Nm, 100 – 240 Vac, 50/60 Hz. Includes Desktop & Accessories. SN# BK221220096C. HIT# 2513817. Asset Located at 1012 Main Street, Mukw | $ 2,800.00 | 5090 |
| 118 | 2513818 | Fumeclear Model FC – 100A Fume Extractor. Power Supply: AC 110V, 100W, Noise: < 50 Db, Overall Dimensions: 270mm X 222mm X 257mm. HIT# 2513818. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 50.00 | 5090 |
| 119 | 2513819 | Smart Weigh Model ACE200 Digital Scale. Max Capacity: 440 lb. HIT# 2513819. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 15.00 | 5045 |
| 120 | 2513820 | Lot of (2) Health O Meter Digital Scales. HIT# 2513820. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5.00 | 5045 |
| 121 | 2513821 | Lot of (4) Wheeler Engineering Model 710909 Digital Fat Wrench Sets, W/ (1) Impact Driver, Includes Bits. HIT# 2513821. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 60.00 | 5110 |
| 122 | 2513822 | Lot of (5) Assorted Torque Wrenches. To Include: (3) Quinn, (1) Tekton, (1) Masterforce. HIT# 2513822. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 225.00 | 5090 |

Case 24-25492-kmp    Doc 170-1    Filed 09/29/25    Page 3 of 12



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 123 | 2513823 | Lot of Assorted Hardware. To Include: Knife Bars, Drill Bit Sets, Lifter, Irwin Quick Grip, T – Handle Wrenches, etc. HIT# 2513823. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 50.00 | 5090 |
| 124 | 2513824 | DJSUNPACKING Crimper Set with Accessories. HIT# 2513824. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5.00 | 5090 |
| 125 | 2513825 | Lot of (4) Utility Carts, W/ (1) Rolling Metal Shelf Cart. HIT# 2513825. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 40.00 | 5111 |
| 126 | 2513826 | Lot of Assorted Tooling, W/ Storing Rack. To Include: Drill Bits, Screws, Nails, O-Rings, Washers, etc. HIT# 2513826. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 110.00 | 5110 |
| 127 | 2513827 | Crown Model ST 3000 - 20 Series Electric Powered Reach Truck. Load Capacity: 2,500 – 4,500 lb., Load Center: 24", Lift Height: Up To 393", Fork Length: 96", Overall Width: 35 – 48", Power Supply: 36 V Electric, Travel Speed: 7.5 Mph, Weight: 1085 lb. , T | $ 3,000.00 | 5090 |
| 128 | 2513828 | Lot of (2) Husky 50 Ft Retractable Cord Reels W/ Triple Tap. Max Length: 50 Ft. HIT# 2513828. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 60.00 | 5114 |
| 129 | 2513829 | Fuell Flluid – 3S Urban Electric Bicycle. SN# 7LGBDAC18RW000040. HIT# 2513829. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,600.00 | 5138 |
| 130 | 2513830 | Fuell Flluid – 3S Urban Electric Bicycle. HIT# 2513830. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,150.00 | 5084 |
| 131 | 2513831 | Fuell Flluid – 3S Urban Electric Bicycle. HIT# 2513831. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,500.00 | 5109 |
| 132 | 2513832 | Fuell Flluid – 2S Urban Electric Bicycle. HIT# 2513832. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,300.00 | 5084 |
| 133 | 2513833 | Fuell Flluid – 2T Urban Electric Bicycle. HIT# 2513833. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,150.00 | 5007 |
| 134 | 2513834 | Lot of (2) Fuell Flluid – 1S Urban Electric Bicycles W/ (1) Fuell Flluid and (1) Fuell Fluid-1S. HIT# 2513834. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,350.00 | 5084 |
| 135 | 2513835 | Lot of (2) Fuell Folld – 1 Fat Tire Folding Electric Bicycles. HIT# 2513835. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 850.00 | 5134 |
| 136 | 2513836 | Lot of (2) Fuell Flluid – 1E Urban Electric Bicycles. HIT# 2513836. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,150.00 | 5007 |
| 137 | 2513837 | Fuell Flluid – Fllow – 1S Electric Motorcycle. To Include: Industrial Battery Charger. HIT# 2513837. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5,500.00 | 5007 |
| 138 | 2513838 | 2023 Roemheld Hilma Stark Model 6401/172 Hydraulic Lifting Bike Repair Floor Stand, W/ Park Tool Model PRS – 4W Attachment. Weight: 96 Kg. SN# 3740078. HIT# 2513838. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,550.00 | 5110 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 139 | 2513839 | 2023 Roemheld Hilma Stark Model 6401/172 Hydraulic Lifting Bike Repair Floor Stand, W/ Park Tool Model PRS – 4W Attachment. Weight: 96 Kg. SN# 3740078. HIT# 2513839. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 800.00 | 5110 |
| 140 | 2513840 | Roces Alloy Professional Bike Repair Stand. HIT# 2513840. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 20.00 | 5233 |
| 141 | 2513841 | Sportneer Indoor Bike Trainer Stand. Frame: High – Tensile Steel, Foldable Design, Weight Capacity: 242 lb., Footprint: 24" X 16". HIT# 2513841. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 25.00 | 5090 |
| 142 | 2513842 | Park Tool Model TS – 2.3 Professional Wheel Truing Stand. Rim Diameter: 20" – 29", Axle Types: QR, Thru – Axle, Max Hub Width: 157mm, Weight: 7 lb., Footprint: 15" X 9". HIT# 2513842. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 140.00 | 5162 |
| 143 | 2513843 | Lot of Assorted Safety Equipment. To Include: Assorted Helmets. HIT# 2513843. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 475.00 | 5007 |
| 144 | 2513844 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 4G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513844. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,850.00 | 5066 |
| 145 | 2513845 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 5G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513845. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 2,200.00 | 5203 |
| 146 | 2513846 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 6G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513846. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 2,100.00 | 5125 |
| 147 | 2513847 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 7G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513847. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 2,200.00 | 5203 |
| 148 | 2513848 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 8G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513848. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 2,100.00 | 5125 |
| 149 | 2513849 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513849. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,600.00 | 5125 |
| 150 | 2513850 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513850. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,750.00 | 5012 |
| 151 | 2513851 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513851. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,850.00 | 5066 |
| 152 | 2513852 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513852. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,250.00 | 5012 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 153 | 2513853 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513853. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,850.00 | 5125 |
| 154 | 2513854 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513854. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,750.00 | 5125 |
| 155 | 2513855 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513855. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,850.00 | 5125 |
| 156 | 2513856 | Lot of Assorted Fuell Inc. CE126 Batteries Model 48V 25AH. 9G/Y50/S/24, Cn/C230114, Pi: 001, Battery Footprint: 580mm X 230mm X 150mm. HIT# 2513856. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,550.00 | 5125 |
| 157 | 2513857 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513857. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,550.00 | 5125 |
| 158 | 2513858 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513858. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,300.00 | 5125 |
| 159 | 2513859 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513859. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,800.00 | 5125 |
| 160 | 2513860 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513860. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,800.00 | 5125 |
| 161 | 2513861 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513861. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 800.00 | 5125 |
| 162 | 2513862 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513862. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,450.00 | 5125 |
| 163 | 2513863 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513863. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,550.00 | 5125 |
| 164 | 2513864 | Lot of Assorted Electric Bike Wheels. HIT# 2513864. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 225.00 | 5012 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 165 | 2513865 | Lot of Assorted Electric Bike Wheels. HIT# 2513865. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 425.00 | 5110 |
| 166 | 2513866 | Lot of Assorted Electric Bike Wheels. HIT# 2513866. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 500.00 | 5012 |
| 167 | 2513867 | Lot of Assorted Electric Bike Components. To Include: Rear / Front Wheel Suspension, Horn, etc. HIT# 2513867. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 275.00 | 5012 |
| 168 | 2513868 | Lot of Assorted Electric Bike Components. To Include: Rear / Front Wheel Mud Guard Sets, etc. HIT# 2513868. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 300.00 | 5012 |
| 169 | 2513869 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513869. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 2,400.00 | 5125 |
| 170 | 2513870 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513870. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,550.00 | 5125 |
| 171 | 2513871 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513871. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,300.00 | 5125 |
| 172 | 2513872 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513872. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 2,200.00 | 5125 |
| 173 | 2513873 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513873. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,750.00 | 5125 |
| 174 | 2513874 | Lot of Assorted Valeo Cyclee Effigear Go7 City Gen 3 Fuell Mid Drive Units. Peak Power: 750W, Continuous Power: 350W, Torque: 130Nm, Max Cadence: 120 Rpm, Efficiency: 85%, Weight: 9lb. HIT# 2513874. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,350.00 | 5125 |
| 175 | 2513875 | Lot of Assorted Electric Bike Hub Motors. HIT# 2513875. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,650.00 | 5125 |
| 176 | 2513876 | Lot of Assorted Fuell Electric 48V4A Electric Battery Chargers. HIT# 2513876. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,100.00 | 5125 |
| 178 | 2513878 | Lot of Assorted Electric Bike Components. To Include: Electric Bike COM Modules P10153, W/ Top Mount Brackets, Front Brake System, etc. HIT# 2513878. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 3,100.00 | 5125 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---:|---|
| 179 | 2513879 | Lot of Assorted Electric Bike Components. To Include: HMI Module & Remote, HMI View and Mode Clamp, Kickstand, etc. HIT# 2513879. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,300.00 | 5125 |
| 180 | 2513880 | Lot of Assorted Electric Bike Components. To Include: Satori Stems, Grips, Saddles, etc. HIT# 2513880. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 1,050.00 | 5125 |
| 181 | 2513881 | Racks of Electric Bike Components. To Include: Saddles, F2 Adder Parts Sets, Mud Guards, Battery Harnesses, Lights, Brakes, etc. HIT# 2513881. Asset Located at 1012 Main Street, Mukwonago, WI 53149 and S & G Self Storage N9084 Country Road, ES, Unit 788. | $ 2,000.00 | 5125 |
| 182 | 2513882 | Racks of Electric Bike Components. To Include: Saddles, F2 Adder Parts Sets, Mud Guards, Battery Harnesses, Lights, Brakes, etc. HIT# 2513882. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 850.00 | 5125 |
| 183 | 2513883 | Pallets of contents in shipping container. HIT# 2513883. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 25.00 | 5019 |
| 184 | 2513884 | Lot of Assorted Ultra HD Adjustable Wood Top Work Tables. HIT# 2513884. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 375.00 | 5110 |
| 186 | 2513886 | Lot of Assorted Techorbits Adjustable Work Tables. To Include: 2 – Drawer Filing Cabinets. HIT# 2513886. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5.00 | 5157 |
| 187 | 2513887 | Lot of Assorted Dry Erase Boards. HIT# 2513887. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 25.00 | 5090 |
| 188 | 2513888 | Lot of (6) Assorted PCs. To Include: Dell, HP, Windows, W/ Work Done Hard Drive Caddy. HIT# 2513888. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 500.00 | 5007 |
| 189 | 2513889 | Lot of (3) Assorted PCs. To Include: (2) Dell Model Precision 3260, (1) Intel vPro. HIT# 2513889. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 500.00 | 5007 |
| 190 | 2513890 | Lot of (4) Assorted Dymo Label Makers. To Include: (3) Dymo LabelWriter 5XL, (1) Dymo LabelManager 280. HIT# 2513890. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 120.00 | 5110 |
| 191 | 2513891 | Lot of (4) Assorted Printers. To Include: (2) Brother, (2) HP, W/ Accessories. HIT# 2513891. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 40.00 | 5090 |
| 192 | 2513892 | Lot of (5) Assorted Samsung Model F27T350FHN Monitors. Power Supply: DC14V, 1.79 A, 25W. SN# 0AS1HCPWA04589F. HIT# 2513892. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 80.00 | 5041 |
| 193 | 2513893 | Lot of (5) Assorted Monitors. To Include: Samsung, Dell. HIT# 2513893. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 40.00 | 5189 |
| 195 | 2513895 | Lot of (4) Assorted Monitors. To Include: Samsung, Dell. HIT# 2513895. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5.00 | 5187 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 196 | 2513896 | Lot of Assorted Computer Keyboards / Computer Mice / Power Supply. To Include: Assorted Keyboards, Assorted Computer Mice, APC Battery Surge Protector, APC Power Supply. HIT# 2513896. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 40.00 | 5111 |
| 197 | 2513897 | Zebra Model Zt231 Label Printer. Print Resolution: 203 DPI, Print Speed: 14 LPS, Max Print Width: 4", Media Width Range: 1.2", Max Label Length: 40". HIT# 2513897. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 225.00 | 5111 |
| 198 | 2513898 | Lot of (3) Inateck Model BCST – 73 Barcode Scanners. SN# 3H10XXL1, 3E10XXL1. HIT# 2513898. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 30.00 | 5021 |
| 199 | 2513899 | Lot to Include (1) USW Pro Max Power Network Switch and (1) UDM SE Pro. HIT# 2513899. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 500.00 | 5152 |
| 200 | 2513900 | HOLOJOY Digital Safe. HIT# 2513900. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5.00 | 5090 |
| 201 | 2513901 | Office Furnishings To Include Tables, Chairs, Cabinets, Microwave, Water Tower, etc. HIT# 2513901. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 40.00 | 5111 |
| 203 | 2513903 | Rack of Assorted Contents. To Include: Shipping Supplies, Boxes, Folding Chairs, etc. HIT# 2513903. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 50.00 | 5125 |
| 204 | 2513904 | Lot of (6) Assorted Rolling Office Chairs. HIT# 2513904. Asset Located at 1012 Main Street, Mukwonago, WI 53149. | $ 5.00 | 5021 |
| 1000 | 2513906 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513906. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5012 |
| 1001 | 2513907 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513907. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5125 |
| 1002 | 2513908 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513908. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5125 |
| 1003 | 2513909 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513909. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5125 |
| 1004 | 2513910 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513910. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5125 |
| 1005 | 2513911 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513911. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5125 |
| 1006 | 2513912 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513912. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 500.00 | 5007 |
| 1007 | 2513913 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513913. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 500.00 | 5007 |
| 1008 | 2513914 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513914. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5125 |
| 1009 | 2513915 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513915. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 1010 | 2513916 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513916. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5125 |
| 1011 | 2513917 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513917. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |
| 1012 | 2513918 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513918. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5125 |
| 1013 | 2513919 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513919. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5026 |
| 1014 | 2513920 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513920. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5007 |
| 1015 | 2513921 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513921. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |
| 1016 | 2513922 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513922. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5212 |
| 1017 | 2513923 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513923. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5203 |
| 1018 | 2513924 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513924. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5207 |
| 1019 | 2513925 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513925. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5125 |
| 1020 | 2513926 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513926. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 500.00 | 5207 |
| 1021 | 2513927 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513927. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5100 |
| 1022 | 2513928 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513928. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 500.00 | 5207 |
| 1023 | 2513929 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513929. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1024 | 2513930 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513930. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5214 |
| 1025 | 2513931 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513931. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5125 |
| 1026 | 2513932 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513932. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1027 | 2513933 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513933. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1028 | 2513934 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513934. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1029 | 2513935 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513935. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1030 | 2513936 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513936. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 1031 | 2513937 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513937. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |
| 1032 | 2513938 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513938. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5207 |
| 1033 | 2513939 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513939. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5011 |
| 1034 | 2513940 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513940. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 400.00 | 5011 |
| 1035 | 2513941 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513941. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 400.00 | 5011 |
| 1036 | 2513942 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513942. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 325.00 | 5138 |
| 1037 | 2513943 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513943. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |
| 1038 | 2513944 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513944. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |
| 1039 | 2513945 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513945. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5066 |
| 1040 | 2513946 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513946. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1041 | 2513947 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513947. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5212 |
| 1042 | 2513948 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513948. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5212 |
| 1043 | 2513949 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513949. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5212 |
| 1044 | 2513950 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513950. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5212 |
| 1045 | 2513951 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513951. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5212 |
| 1046 | 2513952 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513952. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1047 | 2513953 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513953. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 400.00 | 5011 |
| 1048 | 2513954 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513954. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 425.00 | 5066 |
| 1049 | 2513955 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513955. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5214 |
| 1050 | 2513956 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513956. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5090 |
| 1051 | 2513957 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513957. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5210 |

Case 24-25492-kmp    Doc 170-1    Filed 09/29/25    Page 11 of 12



# FUELL
## Sales Recap

| Lot No. | Item No. | Description | Sales Price | Bidder Number |
|---|---|---|---|---|
| 1052 | 2513958 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513958. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5138 |
| 1053 | 2513959 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513959. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5138 |
| 1054 | 2513960 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513960. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 550.00 | 5239 |
| 1055 | 2513961 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513961. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5210 |
| 1056 | 2513962 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513962. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 500.00 | 5239 |
| 1057 | 2513963 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513963. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5218 |
| 1058 | 2513964 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513964. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 475.00 | 5090 |
| 1059 | 2513965 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513965. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 450.00 | 5232 |
| 1060 | 2513966 | Fuell Folld – 1 Fat Tire Folding Electric Bicycle. HIT# 2513966. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 600.00 | 5138 |
| 1061 | 2513967 | Lot of Assorted Pedelec 2.0 ACE SPSC Fuell Bicycle Helmets. HIT# 2513967. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 250.00 | 5125 |
| 1062 | 2513968 | Lot of Assorted Basil Urban Dry Double Pannier Bag MIK . HIT# 2513968. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 1,800.00 | 5110 |
| 1063 | 2513969 | Pallet Racking of Assorted Electric Bike Components. To Include: Tires, Cables, Chains, Belts, Modules, Battery Shells, Front Wheel Sets, etc. HIT# 2513969. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 900.00 | 5125 |
| 1064 | 2513970 | Pallet Racking of Assorted Fuell Batteries. Power Supply: 48V, 10.5 A, 504Wh, Assorted Colors. HIT# 2513970. Asset Located at CSL, 2105 SE 5th Street, Ames, IA 50010. | $ 1,600.00 | 5125 |
| 2000 | 2513971 | Lot of Assorted Spare Metal Components. To Include: Assorted Sizes of Brackets, Bars, Clips, Sleeves, etc. HIT# 2513971. Asset Located at MtlWrx, 232 Smart Station Road, Morrison, TN 37357. | $ 1,200.00 | 5203 |
| | | Total | $ 169,360.00 | |