

# FUELL
# Auction Results

| | |
|---|---:|
| Gross Auction Proceeds | $ 169,360.00 |
| Less: Auction Allowance (Stipend) | (38,165.00) |
| Less: Junk Cleanup | (2,225.00) |
| **Net Auction Proceeds** | **$ 128,970.00** |

Exhibit B